UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1;18-cr-0007-SEB-MG |
| MAURICE F. BURGE, | ) ) | - 01 |
| Defendant. | ) ) | |

**REPORT AND RECOMMENDATION**

On September 18, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on August 16, 2024. Defendant Burge appeared in person with his appointed counsel Gwendolyn Beitz. The government appeared by Zachary Szilagyi, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Megan Durbin.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Burge of his rights and provided him with a copy of the petition. Defendant Burge orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Burge admitted violation number 1. [Docket No. 75.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**<br><br>On August 12, 2024, Mr. Burge submitted to a routine drug screen, which returned positive for cocaine. When confronted with the result, Mr. Burge admitted to using cocaine the weekend prior to his screen.<br><br>As previously reported to the Court, Mr. Burge submitted drug screens which returned positive for cocaine on the following dates: April 16, 2024, April 3, 2024, March 3, 2023, August 30, 2022, August 4, 2022, March 14, 2022, and July 25, 2021. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is III.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of 12 months' imprisonment with no supervised release to follow. Defendant requested placement at the lowest security level he qualifies for at FCC Terre Haute.

The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months with no supervised release to follow. The Magistrate Judge will recommend placement at FCC Terre Haute, at the lowest security level for which Defendant qualifies. The Defendant is to be taken

into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties were hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

So recommended.

Date: 09/20/2024

_M. Kendra Klump_
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system